**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANDREW MOREAU,

    Plaintiff,

    v.                                                                                                No. 8:17-cv-00524-VMC-AEP

CREDIT ONE BANK, N.A.

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, ANDREW MOREAU, ("Plaintiff"), through counsel, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: June 14, 2017

RESPECTFULLY SUBMITTED,

By:/s/ Pooja Dosi
Pooja Dosi
Agruss Law Firm, LLC
4809 N. Ravenswood Ave
Suite 419
Chicago, IL 60640
Telephone: 312-224-4695
Fax: 312-253-4451
pooja@agrusslawfirm.com
*Attorney for Plaintiff*
*Admitted Pro Hac Vice*

By:/s/ Bryant Scriven
Bryant Scriven
Scriven Law P.A.
402 East 7th Ave
Tampa FL 33602
Tel: (813) 226-8522
Fax: (813) 425-2372
bryant@scrivennlawfirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

On June 14, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Ashley N. Rector, at arector@sessions.legal.

/s/ Bryant Scriven
Bryant Scriven